MATHEWS v. WINCHELL ET AL.

1. **Railroads**: TAX IN AID OF: FORFEITURE BY ALIENATION OF ROAD: INJUNCTION. *Manning v. Mathews*, 66 Iowa, 675, followed.

*Appeal from Jasper Circuit Court.*

TUESDAY, OCTOBER 20.

THIS is an equitable action involving the validity of a tax voted to aid in the construction of a railroad.   There was a decree for the plaintiff, and the defendant appeals.

*R. A. Sankey, C. H. Gatch* and *Smith McPherson*, for appellants.

*H. S. Winslow*, for appellee.

ROTHROCK, J.—This cause presents substantially the same questions which were determined by this court in the case of *Manning v. Mathews*, 66 Iowa, 675.   Following the decision there made, the decree of the circuit court will be

AFFIRMED.